IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STACEY E. BALLARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:22-CV-105-WKW |
| | ) [WO] |
| CENTRAL ALABAMA DRUG | ) |
| TASK FORCE, | ) |
| | ) |
| Defendant. | ) |

## ORDER

On July 7, 2023, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 12.) Upon an independent review of the record, it is ORDERED as follows:

(1) The Recommendation (Doc. # 12) is ADOPTED.

(2) This action is DISMISSED without prejudice.

Final judgment will be entered separately.

DONE this 31st day of July, 2023.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE